# STEVEN R. KARTAGENER
ATTORNEY AT LAW

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@Kartlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/11

**BY FAX**

May 9, 2011

The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

        RE:    United States v. Rafael Tabibov,
                  Docket No: 09 Cr. 00040 (RJH)

Dear Judge Holwell:

    I represent defendant Rafael Tabibov (hereinafter "defendant") in the above-entitled criminal matter. Defendant is currently scheduled to be sentenced on June 3, 2011 at 11:30 a.m. I am respectfully submitting this letter to request a thirty-day adjournment of defendant's sentencing. The parties require additional time to discuss important sentencing issues. I have spoken to Avi Weitzman, the assistant handling the matter, and he joins in our request. AUSA Weitzman has also advised us that he will be starting a trial on June 1, 2011, that he anticipates will last three weeks' time. This is our first request for an adjournment, although it is my understanding that the probation department had a made a previous request for an adjournment that was granted. Thank you.

Respectfully submitted,

Steven R. Kartagener

*[Handwritten: Sentencing adjourned to 6/29/11 at 2:30 SO ORDERED]*

cc: AUSA Avi Weitzman    *[Handwritten: USDJ 5/11/11]*