```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES of AMERICA

       - against -                    2009 Cr. 00040 ( LAP )

RAFAEL TABIBOV,                      **ORDER**

                Defendants.
-----------------------------------------------------------X

Envelope # 13 in this action is hereby unsealed.

SO ORDERED:
Date: New York, New York:
April 26, 2012

_____
Loretta A. Preska
United States District Judge